## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE __Ramon E. Reyes Jr.__    DATE : __2/16/07__   TIME: _____

DOCKET NUMBER : __07CR14(DLI)__    LOG # : __2:57 – 3:06__

DEFENDANT'S NAME : __Thomas Qualls__
   √ Present   ___ Not Present   √ Custody   ___ Bail

DEFENSE COUNSEL : __Bryan Blaney__
   ___ Federal Defender   ___ CJA   √ Retained

A.U.S.A: __Matthew Levine__    DEPUTY CLERK : __Felix Chin__

INTERPRETER : _____ (Language) _____

__Bond Signing__ Hearing held. _____ Hearing adjourned to _____

√ Defendant was released on __$250,000__ PRB with/without some conditions.

√ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

__2__ ~~Additional~~ surety (ies) to co-signed bond by __before release__

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type____   Start_____   Stop_____

___ Order of Speedy Trial entered.   Code Type____   Start_____   Stop_____

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the Indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS: __Govt + dfse counsel agree on bond package. 2 sureties signed in Florida. Bond satisfied with respect to signatures. Dft released.__